IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DELMY NAVARRO NAJERA,**

    Petitioner,

v.	Case No. 2:25-cv-01173 WJ-GJF

**JOEL GARCIA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **TODD LYONS**, Acting Director of U.S. Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; Pamela Bondi, U.S. Attorney General; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**; **DORA CASTRO**, Warden of the Otero County Processing Center.

    Respondents.

## SECOND ORDER FOR RESPONSE TO PETITION

**THIS MATTER** comes before the Court upon Petitioner Delmy Navarro Najera's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("the Petition"), **[Doc. 1]**, the Court's Order for a Response to Petition, **[Doc. 20]**, and Petitioner's motion to enforce that Order. **[Doc. 21]**. On January 30, 2026, the Court issued an order directing Respondents to respond to the allegations in the Petition by February 13, 2026. **[Doc. 20 at 3]**. As of the date of this Order, United States Respondents have not filed a response or entered appearances in this matter, asked for an extension of time, or otherwise shown cause why they failed to comply with the Court's Order.[1]

---

[1] Counsel for Respondent Castro has entered an appearance on the docket and filed notice of "Joinder in USA Respondents' Forthcoming Claims and Defenses." **[Doc. 19]**. Respondent Castro states that she "takes no positions separate from the USA Respondents" and that she "joins in the position(s) that the USA Respondents may take related

Although the Court has continued its review of the matter, further development of the record would assist resolution of the Petition. Respondents are therefore **ORDERED** to **RESPOND** to the Petition by no later than **seven (7) days** from the date of this Order. Failure to comply with this Order may result in the imposition of sanctions, including an order to show cause why Respondents should not be held in contempt of court. Further, failure to respond may result in the Court granting the Petition on the unrebutted record and ordering Petitioner's immediate release.

    **IT IS SO ORDERED.**

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

---

to the Petition and/or other pleadings filed in this matter." **[Doc. 19 at 1–2; Doc. 18]**. Yet, the United States has not submitted any claims or defenses or otherwise indicated its position on the matter. Therefore, the record remains unrebutted.