# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DELMY NAVARRO NAJERA,**

      Petitioner,

v.                                                                 Case No. 2:25-cv-01173

**JOEL GARCIA,** Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; **TODD LYONS**, Acting Director of
U.S. Immigration and Customs Enforcement;
**KRISTI NOEM**, Secretary, U.S. Department of
Homeland Security; **U.S. DEPARTMENT OF
HOMELAND SECURITY**; Pamela Bondi, U.S.
Attorney General; **EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW**; **DORA CASTRO**,
Warden of the Otero County Processing Center.

      Respondents.

## ORDER REGARDING STATUS OF PETITIONER

On March 11, 2026, the Court entered a Memorandum Opinion and Order granting a writ of habeas corpus and directing that Respondents release Petitioner. **Doc. 23**. Following a five-day stay to allow for any objection, that order went into effect on March 16, 2026. The Court instructed Petitioner's counsel to notify the Court upon Petitioner's release but the Court is not in receipt of any notice. Accordingly, Counsel is DIRECTED to submit notice within **three (3) working days** either confirming that Petitioner has been released or advising the Court that Petitioner has not been released. Counsel is further directed to file a motion for voluntary dismissal if appropriate.

SO ORDERED.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE