**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**DELMY NAVARRO NAJERA,**

Petitioner,

v. Case No. 2:25-cv-01173-WJ-GJF

**JOEL GARCIA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **TODD LYONS**, Acting Director of U.S. Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; Pamela Bondi, U.S. Attorney General; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**; **DORA CASTRO**, Warden of the Otero County Processing Center.

Respondents.

**JUDGMENT AND ORDER DISMISSING AND CLOSING CASE**

**THIS MATTER** comes before the Court upon Petitioner's Status Report confirming Petitioner's release from custody. **[Doc. 25]**. On March 11, 2026, the Court granted the petition for a writ of habeas corpus **[Doc. 1]** and issued a writ directing Petitioner's release from ICE custody. **[Doc. 23]**. Petitioner was released on March 14, 2026. **[Doc. 25]**. There is, therefore, no further relief the Court can grant, and the petition no longer presents a live case or controversy. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (petitioner's subsequent release rendered habeas petition moot); *Hunt v. Rickard*, 25-cv-989, 2025 WL 3496307, at *1 (S.D.N.Y. Dec. 5, 2025) ("A petitioner's release from custody moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S. 234 (1968)) (alteration in original)).

Accordingly, the action is DISMISSED AS MOOT. The Clerk of Court is directed to CLOSE this case.

Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A)–(B), and in accordance with D.N.M. LR-Civ. 54.5, Petitioner's counsel may file a request for attorney's fees within 30 days of this final judgment.

SO ORDERED.

________/s/________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE